| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Browning, James O. | 2. Court or Organization<br><br>U.S.D. C. for District of NM | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>333 Lomas Blvd NW Suite 660<br>Albuquerque, NM 87102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Custodian | Custodial Account #3 |
| 3. | Director/Chairman | Christian Scholarship Fund |
| 4. | Director | Inn of the Courts |
| 5. | Director | Tenth Circuit Historical Society |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Sunset Mesa Schools Inc., wages |
| 2. | 2011 | Self Employed - School Choir Director, income from students' parents |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New Mexico Bank & Trust | Mortgage on Rental Prop #3, Albuquerque, NM (Part VII, line 4). See Note 2 at Part VIII | K |
| 2. | New Mexico Bank & Trust | Mortgage on Vacant Land #2, Albuquerque, NM (Part VII, line 5). See Note 2 at Part VIII | J |
| 3. | Wells Fargo Bank | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corporation | | | | | | | | | See NOTE 1 @ Part VIII |
| 2. --Single Member LLC | | | | | | | | | See NOTE 1 @ Part VIII |
| 3. ----NM Bank & Trust Checking/Savings | | None | J | T | | | | | |
| 4. ----Rental Property #3, Albuquerque, NM (2006, $663,074) | E | Rent | O | R | | | | | See Note 2 @ Part VIII |
| 5. ----Vacant land #2, Albuquerque, NM (2006, $900,754) | | None | O | R | | | | | See Note 2 @ Part VIII |
| 6. ----Rental Property #2, Albuquerque, NM (2005, $611,855) | E | Rent | O | R | | | | | |
| 7. --Fidelity Municipal Money Market (Tax Exempt) | | None | J | T | | | | | |
| 8. --Checking Account at New Mexico Bank & Trust | | None | J | T | | | | | |
| 9. Trust #1 - Vanguard Brokerage Acct - Prime Money Market | A | Dividend | | | Closed | 06/08/11 | J | | |
| 10. Trust #1 - Treasury Bills | A | Interest | | | Closed | 04/21/11 | O | | See Note 3 @ Part VIII |
| 11. Trust #1 - Savings Bonds | B | Interest | L | T | | | | | |
| 12. Trust #1 (Brokerage Account at Fidelity) | | | | | | | | | See NOTE 1 @ Part VIII |
| 13. --Fidelity Municipal Money Market | A | Dividend | | | Closed | 05/02/11 | J | | |
| 14. --United States Treasury Bills | B | Interest | | | Open | 04/21/11 | O | | See Note 3 @ Part VIII |
| 15. | | | | | Redeemed (part) | 05/05/11 | K | | |
| 16. | | | | | Redeemed (part) | 05/12/11 | M | | |
| 17. | | | | | Redeemed (part) | 05/19/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 05/26/11 | L | | |
| 19. | | | | | Redeemed | 06/09/11 | K | | |
| 20. --Cash Management Account | A | Interest | O | T | Open | 05/02/11 | J | | |
| 21. IRA #1 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 22. --EMC Common Stock | | None | | | Sold | 01/21/11 | J | A | |
| 23. --Microsoft Common Stock | | None | | | Sold | 01/21/11 | J | A | |
| 24. --PMC Sierra Common Stock | | None | | | Sold | 01/21/11 | J | A | |
| 25. --Charles Schwab Common Stock | | None | | | Sold (part) | 01/21/11 | J | A | |
| 26. | | | | | Sold | 01/21/11 | J | A | |
| 27. --Tellabs Common Stock | | None | | | Sold | 01/21/11 | J | A | |
| 28. --Xilinx Common Stock | | None | | | Sold (part) | 01/21/11 | J | A | |
| 29. | | | | | Sold | 01/21/11 | J | A | |
| 30. --Baron Small Cap Fund | | None | | | Sold | 01/19/11 | M | F | |
| 31. -Baron Partners Fund | | None | L | T | Buy (add'l) | 05/03/11 | J | | |
| 32. --Dodge & Cox Internatl Stock Fund | B | Dividend | K | T | Buy (add'l) | 12/20/11 | J | | |
| 33. --Meridian Growth Fund | D | Dividend | M | T | Buy (add'l) | 12/15/11 | J | | |
| 34. | | | | | Buy (add'l) | 12/15/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 36.  --Rydex Nasdaq 100 Inv Class | | None | M | T | | | | | |
| 37.  --Vanguard Int'l Growth Portfolio | B | Dividend | L | T | Buy (add'l) | 12/16/11 | J | | |
| 38.  --Vanguard Total Stock Market | D | Dividend | N | T | Buy (add'l) | 01/20/11 | L | | |
| 39. | | | | | Buy (add'l) | 03/24/11 | J | | |
| 40. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 41. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 42. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 43.  --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 44.  --Fidelity Int'l Discovery | | None | | | Sold | 01/19/11 | K | A | |
| 45.  --Vanguard FTSE All WORLD Ex US Ind Inv | C | Dividend | L | T | Buy | 01/20/11 | M | | |
| 46. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 47.  IRA #2 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 48.  --AllianceBern Global Thematic Gr A (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 12/22/11 | J | | |
| 49.  --Putnam Multi Cap Growth Cl A | | None | J | T | | | | | |
| 50.  --Vanguard Total Stock Market | A | Dividend | K | T | Buy (add'l) | 03/24/11 | J | | |
| 51. | | | | | Buy (add'l) | 06/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 53. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 54. --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 55. --Baron Partners Fund | | None | K | T | Buy (add'l) | 05/03/11 | J | | |
| 56. Custodial Account #3 | | | | | | | | | See NOTE 1 @ Part VIII |
| 57. --Vanguard Total Stock Market | A | Dividend | J | T | Buy (add'l) | 03/24/11 | J | | |
| 58. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 59. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 60. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 61. --Fidelity Municipal Money Market | | None | J | T | | | | | |
| 62. --Baron Partners Fund | | None | J | T | | | | | |
| 63. Wells Fargo Advisors Scholar's Edge 529 Acct #1 | | | | | | | | | See NOTE 1 @ Part VIII |
| 64. --Moderate Portfolio C | | None | J | T | | | | | |
| 65. Wells Fargo Advisors Scholar's Edge 529 Acct #2 | | | | | | | | | See NOTE 1 @ Part VIII |
| 66. --Moderate Portfolio C | | None | K | T | Distributed (part) | 01/13/11 | J | | |
| 67. Checking Account - Wells Fargo Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Browning, James O.** | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1 - The items listed in Section VII that have the note "See NOTE 1 @ Part VIII" in Column D(5) are headers only. The specific assets held in that corporation/trust/accounts are indented and listed individually following the header.

NOTE 2 - The two mortgages payable to New Mexico Bank & Trust listed at Part VI, lines 1 & 2 are in the name of the Single Member LLC (Part VII, line 2) which is owned by the Corporation (Part VII, line 1). The mortgages are personally guaranteed

NOTE 3 - The Trust 1 - Treasury Bills account (line 10 in Part VII) was closed April 21, 2011 and the Treasury Bills were transferred into the Trust #1 (Brokerage Account at Fidelity) (line 12 in Part VII) and subsequent transactions are reported starting at line #14 in Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James O. Browning**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544